| ✎PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* CR-00-621 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* 4:05CR40030 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE 2 Gage Street, Apt. 2R Worcester, MA 01608 | DISTRICT Eastern District of NY | | DIVISION Supervision |
| | NAME OF SENTENCING JUDGE Honorable John Gleeson | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/3/05 | TO 3/2/07 |

OFFENSE
Violation of Supervised Release charge: Failing to notify the probation officer ten priors to any change in residence.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachussetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5-13-05_   s/John Gleeson
Date        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_June 6, 2005_   s/William G. Young
Effective Date   United States District Judge